# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4919
_____

ALVIN K. KELLAM,

    Appellant,

    v.

MARK S. INCH, Secretary,
Florida Department of
Corrections,

    Appellee.

_____


On appeal from the Circuit Court for Columbia County.
Andrew J. Decker, III, Judge.

September 12, 2019


PER CURIAM.

Upon consideration of Appellant's response filed August 16, 2019, this appeal is dismissed as moot.

LEWIS, MAKAR, and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Alvin K. Kellam, pro se, Appellant.

Kenneth S. Steely, General Counsel, and Beverly Brewster, Assistant General Counsel, Department of Corrections, Tallahassee, for Appellee.